D. B. BATTEN, ADMINISTRATOR OF JAMES BATTEN, v. TRYON P. BATTEN.

(Filed 16 April, 1913.)

APPEAL from *Cooke, J.,* at September Term, 1912, of MONTGOMERY.

Civil action to recover upon a breach of a contract to support plaintiff's intestate. Defendant appealed.

*Charles A. Armstrong and J. A. Spence for plaintiff.*
*R. T. Poole and W. A. Cochran for defendant.*

PER CURIAM. We have carefully examined the record and assignments of error on this appeal, and find no reversible error.

No error.